**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ELECTRO-MECHANICAL RECERTIFIERS, LLC,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SAMSUNG E&C AMERICA, INC.,**<br><br>**Defendant.** | **Case No. 3:24-cv-00652**<br><br>**JUDGE SHELLY D. DICK**<br><br>**MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Electro-Mechanical Recertifiers, LLC and Defendant Samsung E&C America, Inc., by and through their respective undersigned counsel, hereby stipulate and agree that this action, including all claims and counterclaims asserted herein, have been settled and shall be dismissed with prejudice and with each party to bear its own attorneys' fees, expenses, and court costs.

Dated: November 5, 2026.

s/ Jeffery C. Close
Jeffery C. Close, Esq.
Counsel for Plaintiff

s/ Christopher H. Taylor
Christopher H. Taylor, Esq.
Counsel for Defendant

Respectfully Submitted,

**BREAZEALE, SACHSE & WILSON, L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Facsimile: 225-381-8029
Email: Steven.Loeb@bswllp.com

Jacob.Roussel@bswllp.com

Steven B. Loeb, La Bar Roll No. 19443
Jacob E. Roussel, La. Bar Roll No. 34742

**MILTON, LEACH, WHITMAN, D'ANDREA, ESLINGER, COLLINS & CLOSE, P.A.**
3127 Atlantic Boulevard
Jacksonville, Florida 32207
Telephone: 904-346-3800
Facsimile: 904-346-
Email: jcclose@miltonleach.com
aaustin@miltonleach.com

s/ *Jeffery C. Close* ____________
Jeffery C. Close, Fla. Bar No. 0043560
Admitted *Pro Hac Vice*

***Counsel for Electro-Mechanical Recertifiers, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been served on counsel for all parties consistent with the Federal Rules of Civil Procedure this 5th day of November, 2026.

_*s/ Jeffery C. Close*__________
Jeffery C. Close, Esq.